UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.: 7:17-CV-00056-BO

VICTORIA HERNANDEZ, FLORENCIO JOSE-AMBROSIO, FLORICEL MORALES-CRUZ, and PEDRO H. CASTILLO-CACERES, on behalf of themselves and all other similarly situated persons,

    Plaintiffs,

vs.

DEBBIE TEACHEY, MARSHALL "MARK" TEACHEY, MICHAEL T. TEACHEY, and TEACHEY PRODUCE, INC.,

    Defendants.

## ORDER GRANTING PRELIMINARY APPROVAL OF COLLECTIVE ACTION AND CLASS ACTION SETTLEMENT

This matter is before the Court on the parties' Joint Motion for Preliminary Approval of Collective Action and Class Action Settlement ("Joint Motion"). The Court finds that the proposed settlement terms are fair, adequate, and within the range of reasonableness for preliminary approval, Fed. R. Civ. P. 23(e).

Therefore, the Court preliminarily approves the Settlement Agreement attached as Exhibit 2 to the Joint Motion.

SO ORDERED.

This, the 17 day of August, 2017.

Terrence Boyle
United States District Court Judge