UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO.: 7:17-CV-00056-BO

VICTORIA HERNANDEZ, FLORENCIO JOSE-AMBROSIO, FLORICEL MORALES-CRUZ, and PEDRO H. CASTILLO-CACERES, on behalf of themselves and all other similarly situated persons,

    Plaintiffs,

vs.

DEBBIE TEACHEY, MARSHALL "MARK" TEACHEY, MICHAEL T. TEACHEY, and TEACHEY PRODUCE, INC.,

    Defendants.

**JOINT MOTION FOR FINAL APPROVAL OF COLLECTIVE ACTION AND CLASS ACTION SETTLEMENT**

Plaintiffs Victoria Hernandez, Florencio José-Ambrosio, Floricel Morales-Cruz, and Pedro H. Castillo-Caceres ("Plaintiffs") and Defendants Debbie Teachey, Marshall "Mark" Teachey, Michael T. Teachey, and Teachey Produce, Inc. ("Defendants"), by and through their undersigned counsel, jointly move this Court for entry of the stipulated proposed Order (attached to this Joint Motion as Exhibit 1) approving the class action settlement agreement (attached as Exhibit 2).

WHEREFORE, the parties respectfully request that the Court enter the proposed order granting final approval of the Settlement Agreement and granting the parties any other relief that the Court deems appropriate and necessary.

Respectfully submitted, this the 4th day of December, 2017.

[SIGNATURE PAGE FOLLOWS]

By: /s/ Robert J. Willis, Esq.
N.C. Bar # 10730
P.O. Box 1269
Raleigh, NC 27602
Tel: (919) 821-9031
Fax: (919) 821-1763
rwillis@rjwillis-law.com
*Counsel for Plaintiffs*

By:/s/ Edward S. Schenk III
Edward S. Schenk III
N.C. Bar No. 32917
Allison A. Cohan
N.C. Bar No. 45940
P.O. Box 1000
Raleigh, NC 27602
Telephone: (919) 981-4000
Fax: (919) 981-4300
eschenk@williamsmullen.com
acohan@williamsmullen.com
*Attorney for Defendants*

By: /s/ R. Daniel Boyce, Esq.
N.C. Bar. # 12329
4141 Parklake Avenue, Suite 200
Raleigh, NC 27612
Tel: (919) 653-7825
Fax: (919) 833-7536
dboyce@nexsenpruet.com
*Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

I certify that on this day that the foregoing was electronically filed with the Court's ECF system, which will send an electronic notification to counsel of record listed below.

This the 4th day of December, 2017.

> By: /s/ R. Daniel Boyce, Esq.
> R. Daniel Boyce
> N.C. Bar. # 12329
> **NEXSEN PRUET, PLLC**
> 4141 Parklake Avenue, Suite 200
> Raleigh, NC 27612
> Tel: (919) 653-7825
> Fax: (919) 833-7536
> dboyce@nexsenpruet.com
> *Counsel for Defendants*

SERVED:

| | |
|---|---|
| Robert Willis | Edward S. Schenk III |
| N.C. Bar # 10730 | N.C. Bar No. 32917 |
| P.O. Box 1269 | Allison A. Cohan |
| Raleigh, NC 27602 | N.C. Bar No. 45940 |
| Tel: (919) 821-9031 | P.O. Box 1000 |
| Fax: (919) 821-1763 | Raleigh, NC 27602 |
| rwillis@rjwillis-law.com | Telephone: (919) 981-4000 |
| *Counsel for Plaintiffs* | Fax: (919) 981-4300 |
| | eschenk@williamsmullen.com |
| | acohan@williamsmullen.com |
| | *Attorney for Defendants* |